USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
AVRAHAM YEHUDA,                           :
                                          :
                                          :
                        Plaintiff,        :
            -against-                     :          21-CV-7092 (VEC)
                                          :
                                          :          ORDER
MOSHE ZUCHAER,                            :
                        Defendant.        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 18, 2021, Defendant filed a motion to dismiss the complaint, Dkt. 13;

WHEREAS on December 9, 2021, Plaintiff filed an amended complaint in lieu of responding in opposition to the motion to dismiss, Dkt. 15;

WHEREAS pursuant to Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases, if a Plaintiff elects to amend its pleading in response to a motion to dismiss, the Court will deny the motion to dismiss as moot;

WHEREAS pursuant to Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases, if a plaintiff elects to amend its pleading, the plaintiff must file a redlined version of the amended pleading; and

WHEREAS no redlined version of the amended pleading has been filed in this case.

IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff must file a redlined version of its amended complaint by no later than **Friday, December 17, 2021**.  Plaintiff is reminded to comply with all individual rules moving forward.

The Clerk of Court is respectfully directed to close the open motion at docket entry 13.

**SO ORDERED.**

Date:  **December 10, 2021**
       **New York, New York**

                                  **VALERIE CAPRONI**
                                  **United States District Judge**