**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2021

**GORDON & HAFFNER, LLP**
**Attorneys at Law**
480 Mamaroneck Avenue
Harrison, New York 10528
----------
(718) 631-5678

December 13, 2021

VIA ECF

Hon. Valerie E. Caproni
United States District Judge
United States District Court,
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    *Avraham Yehuda v. Moshe Zuchaer,* 21-cv-07092 (VEC) (KNF)

Dear Judge Caproni:

    We represent the plaintiff in the above-referenced case and, on behalf of all parties, submit this joint request to adjourn the Initial Pretrial Conference, presently scheduled for December 17, 2021 at 2:30 p.m., to February 18, 2022, or such later date as may be convenient for the Court and, further, to extend, to February 14, 2022, the related deadlines for the Proposed Case Management Plan and joint letter.

    In light of: (1) defendant's counsel's advice today that defendant Moshe Zuchaer intends to renew his 12 (b)(6) motion to dismiss; and, (2) plaintiff's recently filed amended complaint (as of right) adds two defendants, neither of which have been served (plaintiff will be shortly requesting that supplemental summonses be issued), the parties believe the requested adjournment is warranted.

    This is the third request for an adjournment of the initial pretrial conference and on consent of all parties.

    Your Honor's consideration of this request is appreciated.

                             Respectfully submitted,

                             /s/ *Steven R. Haffner*
                               Steven R. Haffner

The initial pre-trial conference, currently scheduled for Friday, December 17, 2021 at 2:30 P.M., is adjourned to **Friday, February 18, 2022**. Pre-conference submissions are due no later than **Thursday, February 10, 2022**. For the conference dial in information and the pre-confernece submissions requirements, the parties should consult the Court's order at docket entry 3.

Plaintiff must serve the two new Defendants in a prompt manner. The Court is unlikely to grant a further adjournment of the initial pre-trial conference on the grounds that Plaintiff has not yet served the new Defendants.

SO ORDERED.

*[Signature]*   Date: December 13, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE