**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AVRAHAM YEHUDA,

                Plaintiff,

-against-                                      21 **CIVIL** 7092 (VEC)

# **JUDGMENT**

MOSHE ZUCHAER, ZUCHAER & ZUCHAER
CONSULTING INC., ZUCHAER & ZUCHAER
CONSULTING LLC.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 21, 2022, Defendants' motion to dismiss for lack of personal jurisdiction is GRANTED, and this case is DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       June 21, 2022

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                        **BY:**      *K. Mango*

                                                        **Deputy Clerk**